### 1088. ADAMS *v.* NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY CO.

HILL, C. J. The facts of this case are identical with those in *Nix* v. *Southern Railway Company,* ante, 331 (61 S. E. 292), and this case is therefore controlled by the decision in that case.

*Judgment affirmed.*

Action for damages, from city court of Floyd county—Judge Hamilton. March 16, 1908.

Submitted May 6,—Decided June 18, 1908.

*M. B. Eubanks, W. B. Mebane,* for plaintiff.

*Dean & Dean,* for defendant.